## PENALTY PAGE

**CASE STYLE:** UNITED STATES v. ROBERT PAUL BOYKIN

**DEFENDANT:** ROBERT PAUL BOYKIN (COUNT 1)

**USAO NO.** 21R00609

**AUSA:** Gloria A. Bedwell

**CODE VIOLATION:**

**COUNT 1:** 18 USC § 922(g)(1), Possession of a Firearm by a Prohibited Person (Felon)

**PENALTY:**

**COUNT 1:** 10 yrs/$250,000/3 yrs SRT/$100 SA
(statutory minimum mandatory 15 yrs (to life) and 5 yrs SRT, if subject to provisions of 18 USC § 924(e))