AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT PAUL BOYKIN<br><br>*Defendant* | )<br>)  Case No.  CR 22-00165-JB<br>)  ATF<br>)  11479011<br>)  2303-1002-0003-J<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT PAUL BOYKIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) - Possession of a Firearm by a Prohibited Person (Felon)

Date: 09/29/2022

*Edwina Crawford*
Issuing officer's signature   Deputy Clerk

City and state:   Mobile, Alabama

CHARLES R. DIARD, JR.
Printed name and title   Clerk

### Return

This warrant was received on *(date)* 9/29/22, and the person was arrested on *(date)* 1-3-2023
at *(city and state)* Bay Minette, AL

Date: 1-3-2023

*[signature]*
Arresting officer's signature

Kirk Slay   ATF Special Agent
Printed name and title